**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Marco ALCAZAR, Defendant—Appellant.**

**No. 04–50096.**

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 8, 2005.*

Decided Nov. 16, 2005.

Before: WALLACE, LEAVY, and BERZON, Circuit Judges.

## MEMORANDUM **

Marco Alcazar appeals the 121–month sentence imposed following his guilty plea conviction for conspiracy to possess cocaine with intent to distribute, in violation of 21 U.S.C. § 846 and 841(a)(1). We have jurisdiction pursuant to 18 U.S.C. § 3742(a).

Because appellant was sentenced under mandatory Sentencing Guidelines, we remand for further proceedings consistent with *United States v. Ameline,* 409 F.3d 1073 (9th Cir.2005) (en banc). *See United States v. Moreno–Hernandez,* 419 F.3d 906, 916 (9th Cir.2005) (extending *Ame-*

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

*line's* limited remand procedure to cases involving non-constitutional error under *United States v. Booker*, — U.S. —, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005)).

REMANDED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.